# ELECTRONIC RECORD

1539-14
1540-14

COA #14-13-00333-CR

STYLE: Nicholas Jared Mireles v The State of Texas

COA DISPOSITION: Affirmed

DATE: August 21, 2014   Publish: Yes

OFFENSE: Intoxication Manslaughter

COUNTY: Harris

TRIAL COURT: 178th District Court

TC CASE #:1281111

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Nicholas Jared Mireles v The State of Texas

CCA # _____

_APPELLANT'S_   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_refused_

DATE: _April 29, 2015_

JUDGE: _pc_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

1539-14
1540-14

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD